No. 77–5025.   MORGAN v. UNITED STATES, *ante*, p. 925;

No. 77–5408.   BANKS v. REDEVELOPMENT AUTHORITY OF THE CITY OF PHILADELPHIA ET AL., *ante*, p. 929; and

No. 77–5464.   PRYOR v. GEORGIA, *ante*, p. 935.   Petitions for rehearing denied.

## JANUARY 9, 1978

No. 77–397.   SCOTT, DBA SLICK NICK'S v. DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL OF CALIFORNIA ET AL.   Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of substantial federal question.

No. 77–5375.   BRANTLEY v. RICKETTS, WARDEN, ET AL. Appeal from Sup. Ct. Ga. dismissed for want of substantial federal question.

No. 77–5492.   HENRY ET AL. v. FLINT RIVER MILLS.   Appeal from Sup. Ct. Ga.   Appeal dismissed for want of substantial federal question.

No. 77–410.   CITY OF PHILADELPHIA ET AL. v. SECURITIES AND EXCHANGE COMMISSION ET AL.   Appeal from D. C. E. D. Pa. dismissed for want of jurisdiction.   *MTM* v. *Baxley,* 420 U. S. 799 (1975).

No. 77–644.   WILD v. OTIS ET AL.   Appeal from Sup. Ct. Minn. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.   MR. JUSTICE BLACKMUN took no part in the consideration or decision of this case.

No. 77–5525.   TORRES ET AL. v. RAMOS, SECRETARY OF NATURAL RESOURCES, ET AL.   Appeal from Sup. Ct. P. R. dismissed for want of jurisdiction.